1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   TIFFANY L. NOCON
3  Assistant Federal Public Defender
   California Bar No. 301547
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Tiffany_Nocon@fd.org

7  Attorney for Vincent S. Clardy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-MJ-882-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF NO. 4). TO MOTION TO DISMISS (ECF NO. 3)** |
| v. | |
| VINCENT S. CLARDY, | |
| Defendant. | (First Request) |

IT IS STIPULATED AND AGREED, between Nicholas A. Trutanich, United States Attorney, and Rachel L. Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Tiffany L. Nocon, Assistant Federal Public Defender, counsel for Vincent S. Clardy, that the reply deadline to the Government's Response (ECF No. 4) to Defendant's Motion to Dismiss (ECF No. 3) scheduled for Monday, December 16, 2019, be vacated and set to Monday, December 23, 2019.

This Stipulation is entered into because:

1. The government filed its response on December 9, 2019. Mr. Clardy's counsel needs additional time to prepare a reply.

2. Mr. Clardy is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested is not sought for delay but to allow Mr. Clardy's counsel time to prepare a reply.

5. Additionally, denial of this request for continuance could cause a miscarriage of justice.

This is the first request to continue the reply deadline.

DATED this 10th day of December 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NCHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Tiffany L. Nocon<br>TIFFANY L. NOCON<br>Assistant Federal Public Defender | By /s/ Rachel L. Kent<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT S. CLARDY,

    Defendant.

Case No. 2:19-MJ-882-DJA

ORDER

## **ORDER**

IT IS THEREFORE ORDERED that Mr. Clardy's reply to the Government's Response (ECF No. 4) to Defendant's Motion to Dismiss (ECF No. 3) due on Monday, December 16, 2019, be vacated and continued to Monday, December 23, 2019.

DATED this 12th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE